AARON D. FORD
  Attorney General
DARBY G. PHELPS, Bar No. 14599
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1159
E-mail: dphelps@ag.nv.gov

*Attorneys for Defendants*
*William Moore and Tasheena Sandoval*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ORDER

JOEL BURKETT,

    Plaintiff,

v.

TIMOTHY FILSON, et al.,

    Defendants.

Case No. 3:18-cv-00022-MMD-CBC

**MOTION TO EXTEND STAY**

    Aaron D. Ford, Attorney General of the State of Nevada, and Darby G. Phelps, Deputy Attorney General, hereby move to have the stay in this matter extended until April 2, 2019, by which time the parties will have submitted a stipulation and order of dismissal with prejudice.

    DATED this 13th day of March, 2019.

                            AARON D. FORD
                            Attorney General

                            By: _____
                                DARBY G. PHELPS
                                Deputy Attorney General
                                State of Nevada
                                Bureau of Litigation
                                Public Safety Division

                                *Attorneys for Defendants*

IT IS SO ORDERED
_____
U.S. MAGISTRATE JUDGE
DATED: 3/14/2019

1