AARON D. FORD
  Attorney General
DARBY G. PHELPS, Bar No. 14599
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1159
E-mail: dphelps@ag.nv.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOEL BURKETT,

        Plaintiff,

v.

TIMOTHY FILSON, et al.,

        Defendants.

Case No. 3:18-cv-00022-MMD-CBC

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Plaintiff, Joel Burkett, appearing *pro se*, and Defendants, by and through counsel Aaron D. Ford, Attorney General of the State of Nevada, and Darby G. Phelps, Deputy Attorney General, hereby stipulate and agree, pursuant to FED. R. CIV. P. 41(a)(1), that the above-captioned action should be dismissed with prejudice by order of this Court.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

| | |
|---|---|
| 1 | This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorneys' fees and costs. |

\* \* \*

DATED this 21 day of March, 2019.

By: _____
JOEL BURKETT
*Plaintiff, Pro Se*

DATED this 29 day of March 2019.

AARON D. FORD
Attorney General

By: _____
DARBY G. PHELPS
Deputy Attorney General
Bureau of Litigation
Public Safety Division
*Attorneys for Defendants*

**IT IS SO ORDERED.**

DATED this  1st  day of   April  , 2019.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 29th day of March, 2019, I caused to be deposited for mailing a true and correct copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, to the following:

Joel Burkett, #16111
Ely State Prison
P.O. Box 1989
Ely, NV 89301

_____
An employee of the
Office of the Attorney General

3